AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2, Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>James Becton<br><br>Date of Original Judgment:  02/05/2009<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)   Case No:  1:07CR00131-001<br>)   USM No:  07115-007<br>)<br>)<br>)   Marvin Miller<br>)   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  300  months **is reduced to**  246 months  .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  02/05/2009  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  05/04/2021

*Judge's signature*

Effective Date:  _____
*(if different from order date)*

Ketanji Brown Jackson, United States District Judge
*Printed name and title*

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: James Becton
CASE NUMBER: 1:07CR00131-001
DISTRICT: District of Columbia

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: 36 | Amended Total Offense Level: 34 | |
| Criminal History Category: V | Criminal History Category: V | |
| Previous Guideline Range: 292 to 365 months | Amended Guideline Range: 235 to 293 months | |

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] The reduced sentence is above the amended guideline range.

### III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

The Court reduced Defendant's sentence to the mid-to-low end of the amended Guideline range in order to account for Amendment 782 to the Guidelines Manual, which reduced the base offense level for Defendant's crime by 2 levels. The Court determined that 246 months of imprisonment was sufficient but no greater than necessary to account for the seriousness of Defendant's crime, his history and characteristics, the need to protect the public, and the need to avoid unwarranted sentencing disparities.